UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Lori Jean Nelson | Case No. 13-3334 (JNE/JJG) |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Canterbury Park Holding Corporation, | |
| Defendant. | |

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action may be, and hereby is dismissed in its entirety as to all claims and counterclaims with prejudice, and without costs, disbursements or attorneys' fees to any party, and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

FRIEDERICHS & THOMPSON, P.A.

Dated: July 16, 2015

_____
Tammy P. Friederichs #219423
Stephen M. Thompson #0279791
1120 East 80th Street, Suite 106
Bloomington, MN 55420
Phone: (952) 814-0110
Facsimile: (952) 814-9005
*Attorneys for Plaintiff*

1

Dated: July 17, 2015

MEAGHER & GEER, PLLP

_____
Mary M.L. O'Brien (#177404)
Melissa Dosick Riethof (MN #282716)
33 South Sixth Street, Suite 4400
Minneapolis, Minnesota 55402
Phone:      (612) 338-0661
Facsimile:  (612) 338-8384
*Attorneys for Defendant*

10415945.1